THE PEOPLE OF THE STATE OF NEW YORK ex rel. REALTY ASSOCIATES, INC., Appellant, against WILLIAM S. MILLER et al., Constituting the Board of Taxes

and Assessments of the City of New York, Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. REALTY ASSOCIATES, INC., Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. REALTY ASSOCIATES, INC., Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. REALTY ASSOCIATES, INC., Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. REALTY ASSOCIATES, INC., Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. REALTY ASSOCIATES, INC., Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. [162-164 Remsen St., Borough of Brooklyn.] — Consolidation of six certiorari proceedings to review assessments of real property for the tax periods 1937 to 1942-43, inclusive. The resettled final order appealed from reduced the amount of the assessments for five of the periods in suit, and confirmed the reduced assessment, as made by respondents, for the sixth period. Resettled final order, insofar as appealed from, unanimously affirmed, without costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.